**Wanda TAYLOR, Plaintiff–Appellant,**

v.

**Chris DeMARCO, Jeff Watson, Defendants–Appellees.**

**No. 09–14835**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 19, 2010.

Ralph Goldberg, Decatur, GA, for Plaintiff–Appellant.

Eddie Snelling, Jr., Attorney General's Office, Atlanta, GA, for Defendants–Appellees.

Before BARKETT, WILSON and FAY, Circuit Judges.

PER CURIAM:

Having reviewed the record and the briefs of the parties, we find no reversible error in the district court's order granting

summary judgment in favor of Chris De-Marco and Jeff Watson.

AFFIRMED.